| | |
|---|---|
| MARIA MOLINA,<br><br>Plaintiff,<br><br>v.<br><br>D. SCOTT CARUTHERS, PLC and SFM-6, LLC,<br><br>Defendants. | No. 1:17-cv-01158-DAD-JLT<br><br>ORDER DIRECTING ENTRY OF JUDGMENT |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

On October 5, 2017, defendants filed a notice of offer of judgment under Federal Rule of Civil Procedure 68 for $2,001.00, as well as an additional amount for plaintiff's costs and attorneys' fees as allowed by law. (Doc. No. 5.) On October 11, 2017, plaintiff filed a notice of acceptance of the offer of judgment, accepting the offer and noting the issue of attorneys' fees and costs remain pending. (Doc. No. 7.) Rule 68 provides that if the defending party makes such an offer of judgment and within fourteen days the opposing party serves a written notice accepting the offer, judgment is to then be entered. Fed. R. Civ. P. 68(a). The parties having timely filed the appropriate documents, the Clerk of the Court is directed to enter judgment in the amount of $2,001.00 in plaintiff's favor, in accordance with the offer of judgment. The parties

/////

/////

1

are directed to Local Rules 292 and 293 concerning the filing of a bill of costs and a motion for an award of attorneys' fees.

IT IS SO ORDERED.

Dated: **October 19, 2017**

UNITED STATES DISTRICT JUDGE