1  Elliot Rosenberger (Cal. Bar No. 298837)
2  Joshua Biletsky (Cal. Bar No. 285438)
   Biletsky Rosenberger
3  7080 Hollywood Blvd., Ste. 1100
4  Los Angeles, CA 90028
   Telephone: (424) 256-5075
5  Facsimile: (866) 317-2674
6  er@biletskyrosenberger.com
   jb@biletskyrosenberger.com
7  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maria Molina, | ) Case No. 1:17-cv-01158-DAD-JLT |
| | ) |
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| | ) |
| v. | ) |
| | ) |
| D. Scott Carruthers, PLC, and SFM-6, | ) |
| LLC, | ) |
| | ) |
| Defendants. | ) |

Notice is hereby given that the parties have reached a settlement in this case. Plaintiff respectfully requests that this Court allow one hundred twenty (120) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved and final dismissal paperwork may be filed.

Dated: November 30, 2017

Respectfully submitted,

/s/ Elliot Rosenberger
Elliot Rosenberger (Cal. Bar No. 298837)
Biletsky Rosenberger
7080 Hollywood Blvd., Ste. 1100
Los Angeles, CA 90028

Telephone: (424) 256-5075
Facsimile: (866) 317-2674
er@biletskyrosenberger.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on November 30, 2017, the foregoing was filed with the Clerk of the U.S. District Court for the Eastern District of California using the CM/ECF system which will send notification of the same to counsel of record as follows:

D. Scott Carruthers
D. Scott Carruthers, APLC
8448 Katella Ave./PO Box 228
Stanton, CA 90680
dsclawoff@aol.com

s/ Zachary Landis
Zachary Landis