**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA MOLINA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>D. SCOTT CARRUTHERS, PLC, et al.,<br><br>　　　　　Defendants. | Case No.: 1:17-cv-1158 – DAD-JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 12) |

On November 30, 2017, Plaintiff notified the Court that "the parties have reached a settlement in this case." (Doc. 12 at 1) Pursuant to Local Rule 160, the Court **ORDERS**:

1. A stipulated request for dismissal **SHALL** be filed no later than **December 30, 2017**;
2. All pending dates, conferences and hearings are **VACATED** and any pending motions are ordered **TERMINATED**.

IT IS SO ORDERED.

Dated: **December 6, 2017**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE