| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MARIA MOLINA, | ) | Case No.: 1:17-cv-01158 - DAD - JLT |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING PLAINTIFFS' MOTION FOR |
| | ) | AN EXTENSION OF TIME TO FILE THE |
| v. | ) | DISMISSAL DOCUMENTS |
| | ) | |
| D. SCOTT CARRUTHERS, PLC, et al., | ) | (Doc. 14) |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

On November 30, 2017, Plaintiff notified the Court that "the parties have reached a settlement in this case." (Doc. 12 at 1) Pursuant to Local Rule 160, the Court ordered the parties to file their stipulated request for dismissal no later than December 30, 2017. (Doc. 13) Plaintiff now seeks an extension of the deadline, asserting the "settlement cannot be consummated until March 22, 2018." (Doc. 14 at 1)

Pursuant to Local Rule 160, "Upon such notification of disposition or resolution of an action or motion, the Court shall fix a date upon which the documents disposing of the action or motion must be filed, which date shall not be more than twenty-one (21) days from the date of said notification, absent good cause." Because the settlement terms in this action require "the parties to perform specific actions over the next few months" (Doc. 14 at 1), the Court finds good cause exists for the extension of the filing deadline. Consequently, the Court **ORDERS**:

    1.    Plaintiff's motion for an extension of time (Doc. 14) is **GRANTED**; and

2. A stipulated request for dismissal **SHALL** be filed no later than **March 30, 2018**. **The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

    Dated: **December 14, 2017**             **/s/ Jennifer L. Thurston**
                                                                UNITED STATES MAGISTRATE JUDGE