Elliot Rosenberger (Cal. Bar No. 298837)
Joshua Biletsky (Cal. Bar No. 285438)
Biletsky Rosenberger
7080 Hollywood Blvd., Ste. 1100
Los Angeles, CA 90028
Telephone: (424) 256-5075
Facsimile: (866) 317-2674
er@biletskyrosenberger.com
jb@biletskyrosenberger.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| Maria Molina, | ) Case No. 1:17-cv-01158-DAD-JLT |
|---|---|
| Plaintiff, | ) **JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | ) |
| D. Scott Carruthers, PLC, and SFM-6, LLC, | ) |
| Defendants. | ) |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties in this matter, through their undersigned counsel, stipulate and agree to voluntarily dismiss this matter with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: March 21, 2018

Respectfully submitted,

/s/ Elliot Rosenberger
Elliot Rosenberger (298837)
Biletsky Rosenberger
7080 Hollywood Blvd., Ste. 1100
Los Angeles, CA 90028
Telephone: (424) 256-5075
Facsimile: (866) 317-2674
er@biletskyrosenberger.com
Attorney for Plaintiff

/s/ D. Scott Carruthers
D. Scott Carruthers (68745)
D. Scott Carruthers, APLC
8448 Katella Ave./PO Box 228
Stanton, CA 90680
Telephone: (714) 761-3976
Facsimile: (714) 761-1754
dsclawoff@aol.com
Attorney for Defendants

## **CERTIFICATE OF SERVICE**

I certify that on March 21, 2018, the foregoing was filed with the Clerk of the U.S. District Court for the Eastern District of California using the CM/ECF system which will send notification of the same to counsel of record as follows:

>D. Scott Carruthers
>D. Scott Carruthers, APLC
>8448 Katella Ave./PO Box 228
>Stanton, CA 90680
>dsclawoff@aol.com

                                              <u>s/ Elliot Rosenberger</u>
                                              Elliot Rosenberger